**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0001081**
**27-AUG-2014**
**01:23 PM**

NOS. CAAP-11-0001081, CAAP-13-0000306,
and CAAP-13-0001307

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


**CAAP-11-0001081**
GMAC MORTGAGE, LLC, a Delaware Limited Liability Company,
Plaintiff-Appellee,
vs.
JOYCELYN WANDA UNCIANO, Defendant-Appellant
and
WAYNE NOELANI TOM, et al., Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(Civil No. 03-1-1029-05)


and


**CAAP-13-0000306**
GMAC MORTGAGE, LLC, a Delaware Limited Liability Company,
Plaintiff-Appellee,
vs.
JOYCELYN WANDA UNCIANO, Defendant-Appellant
and
WAYNE NOELANI TOM, et al., Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(Civil No. 03-1-1029-05)


and

CAAP-13-0001307
JOYCELYN W. UNCIANO, Petitioner-Appellant,
vs.
GMAC MORTGAGE, LLC, Respondent-Appellee

APPEAL FROM THE LAND COURT OF THE STATE OF HAWAI'I
(APPLICATION NO. 1069; CASE NO. 11-1069)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order of the court, filed on June 30, 2014, is hereby corrected as follows:

On page 1, in first line of the caption, the reference to "CAAP-13-0000396" should be corrected to read "CAAP-13-0000306."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, August 27, 2014.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Fujise and Reifurth, JJ.